Court of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

March 1, 2015
82,888-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

Dear Clerk,

   I would like to know have you received my Traverse to the States Answer if so could you let me know what date it was filed also have you received my Writ of habeas corpus application Article 11.07 cause number 1277164-A in the 232nd District Court of Harris County Texas if so could you let me know what date it was filed. Thank you for your time and cooperation,

Respectfully Submitted:

Tony Whitfield

Tony Kareem Whitfield No. 1744769
Coffield Unit
2661 F.M. 2054
Tennessee Colony, Texas 75884